UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
F I L E D

**DEC 22 2022**

Nathan Ochsner
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | §<br>§ |
| v. | §<br>§ |
| MAGALI ROSA<br>JUAN ANTONIO CHARLES<br>BERNICE ANNETTE GARZA<br>MARI CRUZ ROSA<br>    AKA MARICRUZ ROSA | §<br>§<br>§<br>§<br>§<br>§ |

CRIMINAL NUMBER

**V-22-95**

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about June 1, 2022, to on or about December 7, 2022, in the Victoria

Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the

defendants,

MAGALI ROSA,
JUAN ANTONIO CHARLES,
BERNICE ANNETTE GARZA,
and MARI CRUZ ROSA AKA MARICRUZ ROSA

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in

the United States in violation of law, did knowingly and intentionally conspire together, with

each other, and with other persons known and unknown to the Grand Jury, to transport, move,

attempt to transport, and attempt to move said aliens within the United States in furtherance of

such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii),

1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

## COUNT TWO

On or about December 7, 2022, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

MAGALI ROSA,
JUAN ANTONIO CHARLES,
and
BERNICE ANNETTE GARZA,

did knowingly and in reckless disregard of the fact that Jose de Jesus Gualajara-Carrillo was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT THREE

On or about December 7, 2022, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

MAGALI ROSA,
JUAN ANTONIO CHARLES,
and
BERNICE ANNETTE GARZA,

did knowingly and in reckless disregard of the fact that Oscar Armando Mendoza-Villalta was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By:   _____
PATTI HUBERT BOOTH
Assistant United States Attorney